**FILED**



3:26 pm, 10/1/21

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CONNIE J. HALCOMB | |
| Plaintiff | |
| vs | Case Number: 20-CV-241-SWS |
| WYOMING DEPARTMENT OF CORRECTIONS | |
| Defendant | |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order Granting Defendant's Motion to Dismiss (Doc. 16) entered October 1, 2021, which is fully incorporated by this reference,

IT IS HEREBY ORDERED that final judgment is entered in Defendant's favor in accordance with the order and this action is DISMISSED.

Dated this 1st day of October, 2021.

        Margaret Botkins
        Clerk of Court

        By Kim Blonigen
        Deputy Clerk